## UNITED STATES v. MOORE.

(District Court, N. D. New York. April 2, 1894.)

William F. Mackey, Asst. U. S. Dist. Atty., for the United States.
John Laughlin, for Moore.

COXE, District Judge. The decision in the preceding cause disposes of this cause also. The demurrer is sustained.